No. 76–936. EMPIRE GAS CORP. ET AL. *v.* UNITED STATES ET AL. Temp. Emerg. Ct. App. Certiorari denied. 

No. 76–948. LEIB ET AL. *v.* TWENTIETH CENTURY CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 76–958. COMMERCE UNION BANK, TRUSTEE, ET AL. *v.* KINKADE ET AL. Sup. Ct. Ky. Certiorari denied. 

No. 76–960. JOHNSON *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. 

No. 76–964. RICHARD'S LUMBER & SUPPLY CO. ET AL. *v.* KAUFMAN & BROAD HOMES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–965. PURER *v.* JORDAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–966. WOLF ET AL. *v.* TRANS WORLD AIRLINES, INC. ET AL. C. A. 3d Cir. Certiorari denied. 

No. 76–973. ARIZONA ET AL. *v.* COOK PAINT & VARNISH CO. ET AL. C. A. 9th Cir. Certiorari denied. 

No. 76–977. VOLVO OF AMERICA CORP. *v.* SCHWARZER, U. S. DISTRICT JUDGE (ROSACK, REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 76–980. IN RE KRAFT. Sup. Ct. Idaho. Certiorari denied.

No. 76–983. GOSPER *v.* FANCHER ET AL. Ct. App. N. Y. Certiorari denied.